```
McGREGOR W. SCOTT
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2790
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>            Plaintiff,        )<br>                              )<br>     v.                       )<br>                              )<br>JEFFREY RAY McAULIFFE,        )<br>                              )<br>            Defendant.        )<br>_____) | CR. NO. S-05-126 DFL<br><br>**GOVERNMENT'S MOTION TO DISMISS WITHOUT PREJUDICE** |

The United States of America, plaintiff herein, by and through its undersigned attorney, hereby moves to dismiss in the interest of justice, <u>without prejudice</u>, the Indictment filed against defendant Jeffrey Ray McAuliffe, filed with this Court on March 24, 2005.

The United States of America moves to dismiss without prejudice the case against defendant Jeffrey Ray McAuliffe on the grounds that the defendant pled guilty to similar charges arising out of the same transaction in the state court and has served a prison sentence for the conviction.  Said motion is made to dismiss without

///

///

///

1  prejudice so that government could seek reindictment on this matter
2  should the need arise.

3                                       Respectfully submitted,

4                                       MCGREGOR W. SCOTT
                                        United States Attorney
5

6
   DATED: April 5, 2006        By:  /s/ William S. Wong
7                                   WILLIAM S. WONG
                                    Assistant U.S. Attorney
8

9  _____

10                                   ORDER
11      IT IS SO ORDERED the case is dismissed without prejudice.
12

13 DATED: 4/6/2006                 /s/ David F. Levi
                                   HONORABLE DAVID F. LEVI,
14                                 United States District Court Judge

**CERTIFICATE OF SERVICE BY MAIL**

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on _____, she served a copy of Government's Motion to Dismiss Without Prejudice by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Sacramento, California.

Addressee(s):

Office of the Federal Defender          United States Marshal Service
801 I Street, 3rd Floor                 501 I Street, 5th Floor
Sacramento, CA  95814                   Sacramento, CA 95814


_____
LORI WHITMER